IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

STEVEN J. CASKER,                          NOT FINAL UNTIL TIME EXPIRES TO
                                           FILE MOTION FOR REHEARING AND
         Petitioner,                       DISPOSITION THEREOF IF FILED

v.                                         CASE NO. 1D14-0850

STATE OF FLORIDA,

         Respondent.

_____/

Opinion filed July 16, 2014.

Petition for Belated Appeal -- Original Jurisdiction.

Steven J. Casker, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

         The petition for belated appeal is denied on the merits.

PADOVANO, WETHERELL, and MAKAR, JJ., CONCUR.